UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DREGER, ROBERT VOGEL,
CARL PETERS, ALLAN PYNE,              Case No.     10-12725
SCOTT  HAY, BRYAN LERTOLA,
DARRIN DENIS, and
AARON BURNSWORTH                      HONORABLE AVERN COHN

        Plaintiffs,

v.

NAGY READY MIX, INC., PARAGON
READY MIS, INC. and INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,
LOCAL 247,

        Defendants.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on October 07, 2011, judgment is entered in favor of defendants and against plaintiffs, and the case is DISMISSED.

                                      DAVID WEAVER

Dated: October 11, 2011        By: s/Julie Owens
                                       Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 11, 2011, by electronic and/or ordinary mail.

                                      S/Julie Owens
                                      Case Manager, (313) 234-5160